## _CHEN v. HARRAH'S RINCON, et al._

Index of Exhibits

Exhibit 1     Entire Court File in San Diego Superior Court Case          Pages 1-39
              _Xiu Yun Chen v. Harrah's Rincon Casino & Resort_,
              Case No. 37-2010-00058169-CU-PO-NC

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Harrah's Rincon Casino & Resort, Pacific Carpets Inc., Eduardo Guzman
DBA Guzman Carpets, Rincon Band of Luiseno Indians, Does 1 to 50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Xiu Yun Chen

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of California

County of San Diego, North County Regional Center
325 South Melrose, Vista, CA 92081

CASE NUMBER:
*(Número del Caso):* 2010-00058169-CU-PO-NC

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Davis Law Offices by: Andrew J. Davis (24255) 1900 W. Garvey Avenue #160, West Covina, CA 91790

DATE: AUG 10 2010
*(Fecha)*

Clerk, by _____ , Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

**EXHIBIT 1**

Page 1

Page 1 of 1

**SUMMONS**

ORIGINAL

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

CM-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Davis Law Offices<br>By: Andrew J. Davis (24255)<br>1900 W. Garvey Avenue South, Suite 160<br>West Covina, CA 91790<br>TELEPHONE NO.: (626) 962-7400   FAX NO.:<br>ATTORNEY FOR *(Name):* Plaintiff Xiu Yun Chen | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS: 325 South Melrose
MAILING ADDRESS: Same
CITY AND ZIP CODE: Vista, CA 92081
BRANCH NAME: North County Regional Center

**CASE NAME:**
Xiu Yun Chen v. Harrah's Rincon Casino & Resort

| **CIVIL CASE COVER SHEET** | | | **Complex Case Designation** | | **CASE NUMBER:** 37-2010-00058169-CU-PO-NC |
|---|---|---|---|---|---|
| ☑ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

**1.** Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☑ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

**2.** This case ☐ is  ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

**3.** Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
**4.** Number of causes of action *(specify):* Premises Liability, General Negligence
**5.** This case ☐ is  ☑ is not   a class action suit.
**6.** If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: August 5, 2010
Davis Law Offices, by: Andrew J. Davis, Esq.
_____
(TYPE OR PRINT NAME)   (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

*Page 1 of 2*

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |
|---|---|---|

EXHIBIT 1
Page 2

PLD-PI-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Davis Law Offices<br>By: Andrew J. Davis (24255)<br>1900 W. Garvey Avenue South, Suite 160<br>West Covina, CA 91790<br>TELEPHONE NO. (626) 962-7400　FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff Xiu Yun Chen | FOR COURT USE ONLY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS: 325 South Melrose
MAILING ADDRESS: Same
CITY AND ZIP CODE: Vista, CA 92081
BRANCH NAME: North County Regional Center

PLAINTIFF: Xiu Yun Chen

DEFENDANT: Harrah's Rincon Casino & Resort, Pacific Carpets Inc.,
Eduardo Guzman DBA Guzman Carpets, Rincon Band

[✓] DOES 1 TO ___50___ of Luiseno Indians, and

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** *(Number)*:

**Type** *(check all that apply):*
[ ] MOTOR VEHICLE　[✓] OTHER *(specify)*: Premises Liability
[ ] Property Damage　[ ] Wrongful Death
[✓] Personal Injury　[✓] Other Damages *(specify)*: as prayed for

**Jurisdiction** *(check all that apply):*
[ ] **ACTION IS A LIMITED CIVIL CASE**
　　Amount demanded [ ] does not exceed $10,000
　　[ ] exceeds $10,000, but does not exceed $25,000
[✓] **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)
[ ] **ACTION IS RECLASSIFIED** by this amended complaint
　　[ ] from limited to unlimited
　　[ ] from unlimited to limited

CASE NUMBER:

37-2010-00058169-CU-PO-NC

1. **Plaintiff** *(name or names)*: Xiu Yun Chen
　alleges causes of action against **defendant** *(name or names)*:
　Harrah's Rincon Casino & Resort, Pacific Carpets Inc., Eduardo Guzman DBA Guzman Carpets, Rincon Band of Luiseno Indians and Does 1-50

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
　a. [ ] except plaintiff *(name)*:
　　　(1) [ ] a corporation qualified to do business in California
　　　(2) [ ] an unincorporated entity *(describe)*:
　　　(3) [ ] a public entity *(describe)*:
　　　(4) [ ] a minor [ ] an adult
　　　　　(a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
　　　　　(b) [ ] other *(specify)*:
　　　(5) [ ] other *(specify)*:
　b. [ ] except plaintiff *(name)*:
　　　(1) [ ] a corporation qualified to do business in California
　　　(2) [ ] an unincorporated entity *(describe)*:
　　　(3) [ ] a public entity *(describe)*:
　　　(4) [ ] a minor [ ] an adult
　　　　　(a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
　　　　　(b) [ ] other *(specify)*:
　　　(5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

EXHIBIT

Page 1 of 1

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

ORIGINAL

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Chen v. Harrah's | |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except defendant** (name): Harrah's Rincon Casino c. ☑ **except defendant** (name): Rincon Band of Luiseno
      (1) ☑ a business organization, form unknown & Resort (1) ☐ a business organization, form unknown  Ind
      (2) ☐ a corporation                              (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):        (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                 (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                            (5) ☑ other (specify):
                                                             Indian tribal community

   b. ☑ **except defendant** (name): Pacific Carpets Inc. d. ☐ **except defendant** (name):
      (1) ☐ a business organization, form unknown      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation                              (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):        (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                 (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                            (5) ☐ other (specify):

      ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 to 25 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 26 to 50 _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

**EXHIBIT 1**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Chen v. Harrah's | |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other (specify):

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☑ loss of earning capacity
   g. ☑ other damage (specify):

   Physical injuries, nervous pain and suffering, and emotional distress in an amount, scope and extent not yet fully known.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: August 5, 2010

Davis Law Offices by: Andrew J. Davis, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

EXHIBIT 1

PLD-PI-001(4

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Chen v. Harrah's | |

FIRST                    CAUSE OF ACTION—Premises Liability        Page ___4___
____(number)____

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):*  Xiu Yun Chen
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):*  or about 08/16/2008          plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury):*

Plaintiff was in defendants' casino located at 777 Harrah's Rincon Way, Valley Center,
California, and was passing through an area where plaintiff was unaware that carpet was to be
installed due to the absence of any warning signs, was caused to slip and fall. As a proximate
result, plaintiff suffered severe injuries, including but not limited to, a knee fracture.

Prem.L-2.   [✓]   **Count One—Negligence** The defendants who negligently owned, maintained, managed and
operated the described premises were *(names):*
Harrah's Rincon Casino & Resort, Rincon Band of Luiseno Indians, and

[✓] Does 1_____ to 50_____

Prem.L-3.   [ ]   **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*

[ ] Does _____ to _____

Plaintiff, a recreational user, was   [ ] an invited guest   [ ] a paying guest.

Prem.L-4.   [ ]   **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
on which a dangerous condition existed were *(names):*

[ ] Does _____ to _____

a. [ ]   The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ]   The condition was created by employees of the defendant public entity.

Prem.L-5. a. [✓]   **Allegations about Other Defendants** The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names):*
Pacific Carpets Inc., Eduardo Guzman DBA Guzman Carpets, and

[✓] Does 1_____ to 50_____

b. [✓]   The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[✓] described in attachment Prem.L-5.b   [ ] as follows *(names):*

Liability pursuant to Civil Code section 1714(a), Vicarious Liability; defendants
Harrah's Rincon Casino & Resort, Rincon Band of Luiseno Indians, Pacific Carpets Inc
Eduardo Guzman EXHIBIT Guzman Carpets, and Does 1 to 50

Page 1 o

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

CAUSE OF ACTION—Premises Liability

Code of Civil Procedure, § 425.
www.courtinfo.ca.g

Page 1 o

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Chen v. Harrah's | |

<u>SECOND</u>     **CAUSE OF ACTION—General Negligence**    Page   __5__
(number)

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Xiu Yun Chen

alleges that defendant *(name):* Harrah's Rincon Casino & Resort, Pacific Carpets Inc., Eduardo Guzman DBA Guzman Carpets, Rincon Band of Luiseno Indians, and

[✓] Does  __1__     to  __50__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* or about 08/16/2008
at *(place):* Harrah's Rincon Casino, located at 777 Harrah's Rincon Way, Valley Center, CA

*(description of reasons for liability):*

At all times hereinafter mentioned defendants HARRAH'S RINCON CASINO & RESORT, PACIFIC CARPETS, INC., EDUARDO GUZMAN DBA GUZMAN CARPETS, RINCON BAND OF LUISENO INDIANS, and DOES 1 to 50, and each of them, so negligently, carelessly and without due regard or concern for the life and safety of Plaintiff, did so own, maintain, operate, control, repair, supervise or occupy those certain premises known as Harrah's Rincon Casino & Resort located at 777 Harrah's Rincon Way, Valley Center, County of San Diego, State of California, in such a manner so as to create, cause, allow, contribute to or assist in the creation of a dangerous and defective condition of the premises, which existed upon such premises in sufficient time for the defendants to have actual and/or constructive notice of such condition, which defendants negligently and carelessly failed and neglected to do. Such defective and dangerous condition included an area on the premises where carpet was to be or was being installed that was open, without any warning signs, for anyone to walk into, and the defendants responsible therefore were defendants HARRAH'S RINCON CASINO & RESORT, PACIFIC CARPETS, INC., EDUARDO GUZMAN DBA GUZMAN CARPETS, RINCON BAND OF LUISENO INDIANS, including its employees and/or agents, and DOES 1 to 50,

As a direct and proximate result of the defective and dangerous condition, the failure to guard and/or warn of such dangerous condition, and the negligence of defendants HARRAH'S RINCON CASINO & RESORT, PACIFIC CARPETS, INC., EDUARDO GUZMAN DBA GUZMAN CARPETS, RINCON BAND OF LUISENO INDIANS, and DOES 1 to 50, on the above date and place, plaintiff XIU YUN CHEN, was unaware of the dangerous condition of the premises and not made aware of such dangerous condition due to the absence of any warning signs, as she passed through said area where carpet was to be or was being installed, and was caused to slip and fall resulting in great and lasting injuries and damages to plaintiff in an amount according to proof at trial.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**EXHIBIT 1**
CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

**Page 7**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

STREET ADDRESS:    325 S. Melrose

MAILING ADDRESS:    325 S. Melrose

CITY AND ZIP CODE:    Vista, CA 92081

BRANCH NAME:    North County

TELEPHONE NUMBER:    (760) 201-8031

PLAINTIFF(S) / PETITIONER(S):    Xiu Yun Chen

DEFENDANT(S) / RESPONDENT(S):    Harrah's Rincon Casino & Resort et.al.

CHEN VS. HARRAH'S RINCON CASINO & RESORT

| NOTICE OF CASE ASSIGNMENT | CASE NUMBER:<br>37-2010-00058169-CU-PO-NC |
|---|---|

Judge:  William S. Dato

Department: N-31

**COMPLAINT/PETITION FILED:** 08/09/2010

**CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW**

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIE HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING

## EXHIBIT 1

SDSC CIV-721 (Rev. 11-06)

NOTICE OF CASE ASSIGNMENT

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: 325 S. Melrose | F I L E D |
| MAILING ADDRESS: 325 S. Melrose | Clerk of the Superior Court |
| CITY AND ZIP CODE: Vista, CA 92081 | NOV 0 8 2010 |
| BRANCH NAME: North County | |
| TELEPHONE NUMBER: (760) 201-8031 | |

| PLAINTIFF(S)/PETITIONER(S)/APPELLANT(S): Xiu Yun Chen |
|---|
| DEFENDANT(S)/RESPONDENT(S): Harrah's Rincon Casino & Resort et.al. |
| Short Title: Chen vs. Harrah's Rincon Casino & Resort |

| NOTICE OF HEARING | CASE NUMBER:<br>37-2010-00058169-CU-PO-NC |
|---|---|

Notice is given that the above-entitled case has been set for the reason listed below and at the location shown above. Al
inquiries regarding this notice should be referred to the court listed above.

| TYPE OF HEARING | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| OSC - Failure to File Certificate of Service | 01/28/2011 | 11:00 am | N-31 | William S. Dato |

*Certificate of Service was due 10/13/10
*Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE filed within 60 days of filing.
This is a mandatory document and may not be substituted by the filing of any other document

The hearing will be cancelled if BOTH of the following occur 10 days prior to the hearing date:  1) File the above
document; and 2) Stipulate to and pay a sanction in the amount of $50, payable to "San Diego Superior Court", WITH A
COPY OF THIS NOTICE, in the IC department to which the case is assigned.  If you are unable to comply with one or
both of the above requirements, appearance at the hearing is mandatory.  If more court time is required, additional
sanctions may be imposed.

**EXHIBIT 1**

Page 9

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

North County
325 S. Melrose
Vista, CA 92081

| SHORT TITLE: Chen vs. Harrah's Rincon Casino & Resort | |
|---|---|
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER: 37-2010-00058169-CU-PO-NC |

I certify that I am not a party to this cause. I certify that a true copy of NOTICE OF HEARING was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The certification occurred at <u>Vista</u>, California on <u>11/08/2010</u>. The mailing occurred at <u>Sacramento</u> on <u>11/09/2010</u>.

Clerk of the Court, by: _____ , Deput
P. Murray

ANDREW J DAVID
1900 W GARVEY AVE SOUTH STE 160
WEST COVINA, CA 91790

EDWARD C MEARA
AUSTIN, BROWNWOOD & CANNON
525 B ST STE 1000
SAN DIEGO, CA 92101

CLERK'S CERTIFICATE OF SERVICE BY MAIL

EXHIBIT 1

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS:   325 S. Melrose
MAILING ADDRESS:   325 S. Melrose
CITY AND ZIP CODE:   Vista, CA 92081
BRANCH NAME:   North County
TELEPHONE NUMBER: (760) 201-8031

PLAINTIFF(S)/PETITIONER(S)/APPELLANT(S): Xiu Yun Chen

DEFENDANT(S)/RESPONDENT(S): Harrah's Rincon Casino & Resort et.al.

Short Title: Chen vs. Harrah's Rincon Casino & Resort

| NOTICE OF RESCHEDULED HEARING | CASE NUMBER:<br>37-2010-00058169-CU-PO-NC |
|---|---|

Notice is given that the hearing in the above-entitled case has been rescheduled from 01/28/2011  11:00 AM   to da and time shown below.  All inquiries regarding this notice should be referred to the court listed above.

| TYPE OF HEARING<br>OSC.- Failure to File Certificate of Service | DATE<br>03/18/2011 | TIME<br>11:00 am | DEPT<br>N-31 | JUDGE<br>Timothy M. Cass |
|---|---|---|---|---|

*Certificate of Service was due 10/13/10.

The hearing will be cancelled if BOTH of the following occur 10 days prior to the hearing date:  1) File the above document; and 2) Stipulate to and pay a sanction in the amount of $50, payable to "San Diego Superior Court", WITH A COPY OF THIS NOTICE, in the IC department to which the case is assigned.  If you are unable to comply with one or both of the above requirements, appearance at the hearing is mandatory.  If more court time is required, additional sanctions may be imposed.

**EXHIBIT 1**

Page 11

CT CIV-700  (Rev. 12-06)

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

North County
325 S. Melrose
Vista, CA 92081

SHORT TITLE: CHEN VS. HARRAH'S RINCON CASINO & RESORT

| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER: 37-2010-00058169-CU-PO-NC |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of NOTICE OF RESCHEDULED HEARING was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The certification occurred at Vista, California on 02/08/2011. The mailing occurred at Sacramento on 02/09/2011.

Clerk of the Court, by: _L. Melin-Alvarez_ , Deputy

ANDREW J DAVID
1900 W GARVEY AVE SOUTH STE 160
WEST COVINA, CA 91790

EDWARD C MEARA
AUSTIN, BROWNWOOD & CANNON
525 B ST STE 1000
SAN DIEGO, CA 92101

CLERK'S CERTIFICATE OF SERVICE BY MAIL

# EXHIBIT 1

Page 12

# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF SAN DIEGO
### NORTH COUNTY

### MINUTE ORDER

DATE: 01/28/2011                    TIME: 11:00:00 AM        DEPT: N-31

JUDICIAL OFFICER PRESIDING: Timothy M. Casserly
CLERK:  Trish Dietrich, Lety Melin-Alvarez
REPORTER/ERM: Not Reported
BAILIFF/COURT ATTENDANT:

CASE NO: **37-2010-00058169-CU-PO-NC**   CASE INIT.DATE: 08/09/2010
CASE TITLE: **Chen vs. Harrah's Rincon Casino & Resort**
CASE CATEGORY: Civil - Unlimited      CASE TYPE: PI/PD/WD - Other

---

**EVENT TYPE:** OSC - Failure to File Certificate of Service

---

**APPEARANCES**
Herbert Papenfuss, specially appearing for counsel Andrew David, present for Plaintiff(s).

OSC - Failure to File Certificate of Service is continued pursuant to party's motion to 03/18/2011 a
11:00AM before Judge Timothy M. Casserly.

---

DATE: 01/28/2011                    EXHIBIT 1                                    Page
DEPT: N-31                          MINUTE ORDER                      Page 13  Calendar N



Calendar No.

Court Use Only

# Superior Court of California
# County of San Diego

## SIGN-IN SHEET

**CASE:** 37-2010-00058169-CU-PO-NC - Xiu Yun Chen vs. Harrah's Rincon Casino & Resort

**EVENT TYPE:** OSC - Failure to File Certificate of Service

**EVENT DATE/TIME:** 01/28/2011 11:00 am

**JUDGE:** Timothy M. Casserly

**DEPARTMENT:** N-31

| ATTORNEY/PARTICIPANT NAME | CLIENT NAME | SIGNATURE |
|---|---|---|
| David, Andrew J | Chen, Xiu Yun et. al. [PLN] | *(signature)* |
| Harrah's Rincon Casino & Resort | [DFN] | |
| Meara, Edward C | Guzman, Eduardo [DFN] | |
| Pacific Carpets Inc | [DFN] | |
| Rincon Band of Luiseno Indians | [DFN] | |
| | | |
| | | |
| | | |
| | | |

Herbert Papenfuss
Attorney At Law

4575 Cove Dr
Carlsbad Ca92008

760 434 3689
760 458 9601
hfuss@sbcglobal.net



## EXHIBIT 1

POS-0

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State bar number, and address)*:

DAVIS LAW OFFICE, BY:JAY DAVIS, ESQ.   SBN 102076
1900 WEST GARVEY AVENUE SOUTH
SUITE 160
WEST COVINA, CA 91790
TELEPHONE NO.: 626.962.7400   FAX NO. *(Optional)*: 626.962.7474
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*:   PLAINTIFF

FOR COURT USE ONLY

FEB -7 PM 4:00

(3)
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO
STREET ADDRESS: 325 SOUTH MELROSE
MAILING ADDRESS:
CITY AND ZIP CODE: VISTA, CA 92081
BRANCH NAME: NORTH COUNTY REGIONAL CENTER

PLAINTIFF/PETITIONER:   XIU YUN CHEN

DEFENDANT/RESPONDENT:   Harrah's Rincon Casino & Resort, Pacific Carpets Inc., Eduardo Guzman DBA Guzman Carpets, Rincon Band of Luiseno Indians

CASE NUMBER:
37-2010-00058169-CU-PO-NC

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: NOTICE TO LITIGANTS; STATEMENT OF DAMAGES; NOTICE OF CASE ASSIGNMENT
3. a. Party served *(specify name of party as shown on documents served)*:
      PACIFIC CARPETS, INC.

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      ALFRED GALLARDO- OWNER/PRESIDENT

4. Address where the party was served:
   17752 METZIER LANE
   HUNTINGTON BEACH, CA 92647
5. I served the party *(check proper box)*
   a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 01/20/2011   (2) at *(time)*: 12:50 PM
   b. ☐ by substituted service. On *(date)*:   at *(time)*:   I left the documents listed in item 2 wi
      in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attac
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

EXHIBIT 1

Page 15

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**   Code of Civil Procedure

PLAINTIFF/PETITIONER: XIU YUN REN

CASE NUMBER: 37-2010-00058169-CU-PO-NC

DEFENDANT/RESPONDENT: HARRAH'S RINCON CASINO & RESORT,
PACIFIC CARPETS INC., EDUARDO GUZMAN DBA GUZMAN CARPETS, RINCON BAND OF LUISENO INDIA

5.  c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)* :                                    (2) from *(city)* :
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
    d. ☐ by other means *(specify means of service and authorizing code section)* :

    ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☐ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify)* :
    c. ☐ as occupant.
    d. ☒ On behalf of *(specify)* : PACIFIC CARPETS, INC.
       under the following Code of Civil Procedure section:
       ☒ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                          ☐ other:

7.  Person who served papers JULIUS LOPEZ'S ATTORNEY SERVICE
    a. Name: THANH KHONG
    b. Address: 20850 BRYANT ST., WINNETKA, CA 91306
    c. Telephone number: 213.448.7623
    d. The fee for service was: $
    e. I am:
       (1) ☐ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☒ registered California process server:
           (i) ☐ owner   ☐ employee   ☒ independent contractor.
           (ii) Registration No.: 919
           (iii) County: ORANGE

8.  ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
       or
9.  ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 01/20/2011

THANH KHONG
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*
(SIGNATURE)

**EXHIBIT 1**

| SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION | | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (Abbreviated) CHEN V. HARRAH'S RINCON CASINO & RESORT, ET AL. | | F L E FEB 18 2011 |
| ATTORNEY(S) NAME AND ADDRESS Barry M. Vrevich, Esq. VREVICH & ASSOCIATES, APC 350 10th Avenue, Suite 900 San Diego, CA 92101-7498 (619) 515-1155; Fax (619) 515-1159 | | |
| ATTORNEY(S) FOR: Defendant, PACIFIC CARPETS, INC. | HEARING,DATE,TIME: Trial Date: | CASE NO.: 37-2010-0058169-CU-PO-NC JUDGE: William S. Dato DEPT: N-31 |

## DECLARATION OF SERVICE

I, DONNA M. DOLEZAL, declare that: I am over the age of eighteen years and not a party to the action; I am employed in, or am a resident of the County of San Diego, California; where the mailing occurs; and my business address is 350 10th Avenue, Suite 900, San Diego, California, telephone number (619) 515-1155; facsimile number (619) 515-1159. I further declare that I am not a registered California process server and I am readily familiar with the business practice for collection and processing of correspondence, pleadings, and discovery for mailing via U.S. MAIL, UPS OVERNIGHT MAIL, FACSIMILE AND/OR PERSONAL SERVICE pursuant to which practice I served the following original document(s) or true copies thereof, with all exhibits:

## DEFENDANT PACIFIC CARPETS, INC.'S ANSWER TO COMPLAINT

by one or more of the following methods of service for each addressee respectively as follows:

### SEE ATTACHED SERVICE LIST

√ **(BY U.S. MAIL)** I caused such document(s) to be sealed in envelopes, and with the correct postage thereon fully prepaid, either deposited in the United States Postal Service or placed for collection and mailing on February 18, 2011, at San Diego, California, following ordinary business practices.

____ **(BY OVERNIGHT MAIL)** I caused such document(s) to be sealed in separate envelopes for each addressee and deposited with the United Parcel Services for collection and mailing via UPS OVERNIGHT MAIL on February 18, 2011, at San Diego, California, following ordinary business practices.

____ **(BY FACSIMILE)** I caused such document(s) to be transmitted via facsimile to the named persons at their respective fax numbers on February 10, 2009, at San Diego, California. I then confirmed receipt of the facsimile transmission. The facsimile machine used complied with the California Rules of court, Rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

____ **(BY PERSONAL SERVICE)** On _____, 2009, at approx. _____ a.m./p.m., I served a copy of the following documents:_____ on the interested parties by personally delivering a copy of said document(s) to:_____, at the following address(es):_____ by: **(mark one)**
a. ___ personally delivering the copies.
b. ___ leaving the copies at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served ___ with a receptionist or a person having charge thereof; or ___ in a conspicuous place in the office between 9:00 a.m. and 5:00 p.m.
c. ___ by leaving the copies at the individual's residence with some person not less than 18 years of age. (If service was to a party and not an attorney, delivery was made between 8:00 a.m. and 6:00 p.m.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 18, 2011.

_____
DONNA M. DOLEZAL

CHEN V. HARRAH'S RINCON CASINO & RESORT
Orange Superior Court Case No. 37-2010-00058169-CU-PO-NC
SERVICE LIST

| FIRM/ATTORNEY | PARTY |
|---|---|
| Andrew J. Davis, Esq.<br>Davis law offices<br>1900 W. Garvey Avenue South, Suite 160<br>West Covina, CA 91790<br>Tel: (626) 962-7400<br>Fax: (626) 962-7474<br>davislaw@charterinternet.com | |
| | |

EXHIBIT 1
Page 18

DECLARATION OF SERVICE
(C.C.P. 1013a(1), 1013a(3), 2015.5, 1011, Coordinated Rules, Div. 11, Rule 5.2G and C.R.C 982
PAGE 2
PROOF OF SERVICE

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO** | |
|---|---|
| STREET ADDRESS:      325 S. Melrose | |
| MAILING ADDRESS:     325 S. Melrose | |
| CITY AND ZIP CODE:   Vista, CA 92081 | |
| BRANCH NAME:         North County | |
| TELEPHONE NUMBER:  (760) 201-8031 | |
| PLAINTIFF(S)/PETITIONER(S)/APPELLANT(S): Xiu Yun Chen | |
| DEFENDANT(S)/RESPONDENT(S): Harrah's Rincon Casino & Resort et.al. | |
| Short Title: Chen vs. Harrah's Rincon Casino & Resort | |

| **NOTICE OF HEARING** | CASE NUMBER:<br>37-2010-00058169-CU-PO-NC |
|---|---|

Notice is given that the above-entitled case has been set for the reason listed below and at the location shown above.  All inquiries regarding this notice should be referred to the court listed above.

| **TYPE OF HEARING** | **DATE** | **TIME** | **DEPT** | **JUDGE** |
|---|---|---|---|---|
| Civil Case Management Conference | 04/29/2011 | 09:00 am | N-31 | Timothy M. Casserly |

Counsel: Check service list.  If you have brought a party into this case who is not included in the service list, San Diego Superior Court Local Rules, Division II, requires you to serve the party with a copy of this notice.

A case management statement must be completed by counsel for all parties or parties in pro per and timely filed with the court at least 15 days prior to the initial case management conference.  (San Diego Local Rules, Division II, CRC Rule 3.725).

All counsel of record or parties in pro per shall appear at the Case Management Conference, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of ADR options.

**EXHIBIT 1**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

North County
325 S. Melrose
Vista, CA 92081

**SHORT TITLE:** Chen vs. Harrah's Rincon Casino & Resort

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | **CASE NUMBER:**<br>37-2010-00058169-CU-PO-NC |
| --- | --- |

I certify that I am not a party to this cause. I certify that a true copy of NOTICE OF HEARING was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The certification occurred at <u>Vista</u>, California on <u>03/16/2011</u>. The mailing occurred at <u>Sacramento</u> on <u>03/17/2011</u>.

Clerk of the Court, by: _D. Horak_
T. Horak
_____, Deputy

ANDREW J DAVID
1900 W GARVEY AVE SOUTH STE 160
WEST COVINA, CA 91790

EDWARD C MEARA
AUSTIN, BROWNWOOD & CANNON
525 B ST STE 1000
SAN DIEGO, CA 92101

BARRY M VREVICH
VREVICH & ASSOCIATES APC
350 10TH AVENUE #900
SAN DIEGO, CA 92101

CLERK'S CERTIFICATE OF SERVICE BY MAIL

EXHIBIT 1

### SUPERIOR COURT OF CALIFORNIA,
### COUNTY OF SAN DIEGO
### NORTH COUNTY

### MINUTE ORDER

DATE: 03/18/2011                    TIME: 11:00:00 AM           DEPT: N-31

JUDICIAL OFFICER PRESIDING: Timothy M. Casserly
CLERK:  Christine Horak, Judit Bako
REPORTER/ERM: Not Reported
BAILIFF/COURT ATTENDANT: F. Wuatelet

CASE NO: **37-2010-00058169-CU-PO-NC**   CASE INIT.DATE: 08/09/2010
CASE TITLE: **Chen vs. Harrah's Rincon Casino & Resort**
CASE CATEGORY: Civil - Unlimited        CASE TYPE: PI/PD/WD - Other

EVENT TYPE: OSC - Failure to File Certificate of Service

**APPEARANCES**
Andrew David, counsel, present for Plaintiff(s) telephonically.

Court and counsel confer regarding failure to file Certificate of Service.

Request for extension is granted. Plaintiff to file Certificate of Service by 04/29/2011.

OSC - Failure to File Certificate of Service is continued pursuant to party's motion to 04/29/2011 11:00AM before Judge Timothy M. Casserly.

### EXHIBIT 1



Calendar No. 26

|  |  |
|---|---|
| **Superior Court of California**<br>**County of San Diego**<br><br>SIGN-IN SHEET | Court Use Only<br>F I L E D<br>Clerk of the Superior Court<br><br>MAR 18 2011<br><br>By: P. DIETRICH, Deputy |

CASE: 37-2010-00058169-CU-PO-NC – Xiu Yun Chen vs. Harrah's Rincon Casino & Resort

EVENT TYPE: OSC - Failure to File Certificate of Service          EVENT DATE/TIME: 03/18/2011 11:00 am

JUDGE: Timothy M. Casserly

DEPARTMENT: N-31

| ATTORNEY/PARTICIPANT NAME | CLIENT NAME | SIGNATURE |
|---|---|---|
| David, Andrew J     *Tele* | Chen, Xiu Yun et. al. [PLN] | *Andrew Davis* |
| Harrah's Rincon Casino & Resort | [DFN] |  |
| Meara, Edward C | Guzman, Eduardo [DFN] |  |
| Rincon Band of Luiseno Indians | [DFN] |  |
| Vrevich, Barry M | Pacific Carpets Inc [DFN] |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**EXHIBIT 1**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
| --- | --- |
| STREET ADDRESS:     325 S. Melrose | |
| MAILING ADDRESS:   325 S. Melrose | |
| CITY AND ZIP CODE:  Vista, CA 92081 | |
| BRANCH NAME:       North County | |
| TELEPHONE NUMBER: (760) 201-8031 | |
| PLAINTIFF(S)/PETITIONER(S)/APPELLANT(S): Xiu Yun Chen | |
| DEFENDANT(S)/RESPONDENT(S): Harrah's Rincon Casino & Resort et.al. | |
| Short Title: Chen vs. Harrah's Rincon Casino & Resort | |
| **NOTICE OF RESCHEDULED HEARING** | CASE NUMBER:<br>37-2010-00058169-CU-PO-NC |

Notice is given that the hearing in the above-entitled case has been rescheduled from 03/18/2011  11:00 AM   to date and time shown below.  All inquiries regarding this notice should be referred to the court listed above.

| TYPE OF HEARING | DATE | TIME | DEPT | JUDGE |
| --- | --- | --- | --- | --- |
| OSC - Failure to File Certificate of Service | 04/29/2011 | 11:00 am | N-31 | Timothy M. Casserly |

*Certificate of Service was due 10/13/10.

The hearing will be cancelled if BOTH of the following occur 10 days prior to the hearing date:  1) File the above document; and 2) Stipulate to and pay a sanction in the amount of $50, payable to "San Diego Superior Court", WITH A COPY OF THIS NOTICE, in the IC department to which the case is assigned.  If you are unable to comply with one or both of the above requirements, appearance at the hearing is mandatory.  If more court time is required, additional sanctions may be imposed.

## EXHIBIT 1

SUPCT CIV-700  (Rev. 12-06)          NOH - NOTICE OF RESCHEDULED HEARING

1501847100                                                              P.01/01

TRANSACTION REPORT

MAR/14/2011/MON 10:25 AM FILED
NORTH COUNTY DIVISION

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | MAR/14 | 10:24AM | 16269627474 | 0:00:54 | 4 | MEMORY OK | 2011 MAR 21 PM 3:50 | 021 |

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

```
 1   Barry M. Vrevich, Esq. (State Bar No. 123999)
     Alexia M. Norge, Esq. (State Bar No. 267101)
 2   VREVICH & ASSOCIATES, APC
     501 West Broadway, Suite 740
 3   San Diego, CA 92101
     Tel: (619) 515-1155 Fax:  (619) 515-1159
 4
     Attorneys for Cross-Defendant
 5   PACIFIC CARPETS, INC.

 6

 7

 8             SUPERIOR COURT OF THE STATE OF CALIFORNIA

 9             COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

10

11   XIU YUN CHEN,                   ) Case No.: 37-2010-00058169-CU-PO-NC
                  Plaintiff,          )
12        vs.                         ) NOTICE OF CHANGE OF ADDRESS
13   HARRAH'S RINCON CASINO &        )
     RESORT, PACIFIC CARPETS, INC.,  )
14   EDUARDO GUZMAN dba GUZMAN       )
     CARPETS, RINCON BANK OF LUISENO )
15   INDIANS, and DOES 1 TO 50,      )
                                      )
16                                    )
                  Defendants.         )
17   _____)

18        TO THE CLERK OF THE SUPERIOR COURT, ALL PARTIES AND TO

19   THEIR COUNSEL OF RECORD HEREIN:

20        PLEASE TAKE NOTICE that effective immediately the new

21   address, for VREVICH & ASSOCIATES, APC, will be as follows:

22             VREVICH & ASSOCIATES, APC
23             501 West Broadway, Suite 740
               San Diego, CA 92101
24             Telephone: (619) 515-1155
               Facsimile: (619) 515-1159
25
26        The telephone and facsimile numbers remain the same.
```

EXHIBIT 1

Page 24

///

1   Barry M. Vrevich, Esq.; SBN 123999
    Christopher C. Magill; SBN 268640
2   VREVICH & ASSOCIATES, APC
    350 10ᵗʰ Avenue, Suite 900
3   San Diego, CA 92101-7498
    (619) 515-1155; Fax (619) 515-1159
4

5   Attorneys for Defendant
    PACIFIC CARPETS, INC.
6

7

8               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9            COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

10  XIU YUN CHEN,                    )  Case No.: 37-2010-00058169-CU-
                                     )  PO-NC
11              Plaintiff,           )
                                     )
12  v.                               )  DEFENDANT, PACIFIC CARPETS,
                                     )  INC.'S ANSWER TO COMPLAINT
13  HARRAH'S RINCON CASINO &         )
    RESORT, PACIFIC CARPETS, INC.,   )  Judge: Hon. William S. Dato
14  EDUARDO GUZMAN dba GUZMAN        )
    CARPETS, RINCON BANK OF LUISENO  )  Dept. N-31
15  INDIANS, and DOES 1 to 50,       )
                                     )
16              Defendants.          )  Complaint filed: 08/09/10
                                     )
17  ───────────────────────────────  )

18      Defendant, PACIFIC CARPETS, INC. ("this answering Defendant"),

19  answers the unverified Complaint of Plaintiff, XIU YUN CHEN

20  ("Plaintiff"), and for itself alone, denies and alleges as follows:

21                      GENERAL DENIAL

22      Under the provisions of Section 431.30 of the Code of Civil

23  Procedure, this answering Defendant denies generally and

24  specifically, each and every allegation contained in the unverified

25  Complaint, and the whole thereof, and each and every alleged cause

26  of action thereof, and denies that Plaintiff sustained damages as

27  alleged, or at all, by reason of any act, breach or omission on the

28  ///

                        **EXHIBIT 1**

                                                    Page 25

                            1
                   ANSWER TO COMPLAINT

1 part of this answering Defendant, and asserts the following

2 affirmative defenses:

3 <u>FIRST AFFIRMATIVE DEFENSE</u>

4 (Failure to State a Cause of Action)

5 This answering Defendant is informed and believes and thereon

6 alleges that the Complaint, and each purported cause of action

7 stated therein, fails to state facts sufficient to constitute a

8 cause of action against this answering Defendant.

9 <u>SECOND AFFIRMATIVE DEFENSE</u>

10 (Statute of Limitations)

11 This answering Defendant is informed and believes and thereon

12 alleges that the Complaint, and each purported cause of action

13 stated therein, is barred by the applicable statutes of limitations

14 as set forth in the California Code of Civil Procedure including,

15 but not limited to, Sections 337, 338, 339 and 340, *et seq.*

16 <u>THIRD AFFIRMATIVE DEFENSE</u>

17 (Waiver)

18 This answering Defendant is informed and believes and thereon

19 alleges that Plaintiff herein, and Plaintiff's representatives

20 and/or agents, have engaged in conduct and activities by reason of

21 which said parties have knowingly and intentionally waived any and

22 all claims against this answering

23 Defendant, and Plaintiff herein is thereby barred and estopped from

24 any recovery.

25 <u>FOURTH AFFIRMATIVE DEFENSE</u>

26 (Failure to Mitigate Damages)

27 This answering Defendant is informed and believes and thereon

28 alleges that Plaintiff, in the exercise of diligence, could have

EXHIBIT 1

Page 26

2

ANSWER TO COMPLAINT

1  mitigated against Plaintiff's claimed damages, if any; therefore,

2  Plaintiff's damages, if any, must be reduced, diminished or defeated

3  by such amounts as should have been mitigated.

4  <u>FIFTH AFFIRMATIVE DEFENSE</u>

5  (Laches)

6  This answering Defendant is informed and believes and thereon

7  alleges that Plaintiff's claims against it are time-barred by the

8  equitable doctrine of laches.

9  <u>SIXTH AFFIRMATIVE DEFENSE</u>

10  (Estoppel)

11  This answering Defendant is informed and believes and thereon

12  alleges that Plaintiff's claims against it are precluded and barred

13  by the equitable doctrine of estoppel.

14  <u>SEVENTH AFFIRMATIVE DEFENSE</u>

15  (Unclean Hands)

16  This answering Defendant is informed and believes and thereon

17  alleges that Plaintiff's claims against it are precluded and barred

18  by the equitable doctrine of unclean hands.

19  <u>EIGHTH AFFIRMATIVE DEFENSE</u>

20  (Equity)

21  This answering Defendant is informed and believes and thereon

22  alleges that as between the Plaintiff and this answering Defendant,

23  the equities do not preponderate in favor of the Plaintiff, and

24  accordingly, the Plaintiff is barred from any recovery herein.

25  <u>NINTH AFFIRMATIVE DEFENSE</u>

26  (Acts/Omissions of Plaintiff)

27  This answering Defendant is informed and believes and thereon

28  alleges that if Plaintiff suffered or sustained any loss or damage,

**EXHIBIT**

Page 27

ANSWER TO COMPLAINT

1  the same was directly, legally, and proximately caused and

2  contributed to by Plaintiff's representatives and/or agents and/or

3  Plaintiff's own negligent and intentional conduct, acts, and

4  omissions.

5                    __TENTH AFFIRMATIVE DEFENSE__

6                      (Comparative Fault)

7      Without in any way admitting the allegations of the Complaint,

8  this answering Defendant is informed and believes and thereon

9  alleges that if they are subjected to any liability to Plaintiff

10  herein, it will be due, in whole or in part, to the conduct, acts,

11  omissions, negligence and activities of Plaintiff, the Plaintiff's

12  representatives and/or agents and/or others and/or other persons or

13  entities who are not yet named as co-defendants or cross-defendants

14  to this action but who may later be named as co-defendants or cross-

15  defendants to this action; wherefore, any recovery obtained by

16  Plaintiff against this answering Defendant should be reduced

17  according to the law of comparative negligence.

18              __ELEVENTH AFFIRMATIVE DEFENSE__

19           (Intervening Superseding Causes)

20     This answering Defendant is informed and believes and thereon

21  alleges that the injuries and damages of which Plaintiff complains

22  were proximately caused by or contributed to by the acts of other

23  defendants, cross-defendants, persons and/or other entities and that

24  said acts were an intervening and superseding cause of the injuries

25  and damages, if any, of which the Plaintiff complains, thus barring

26  Plaintiff from any recovery from this answering Defendant.

27  ///

28  ///

**EXHIBIT 1**

4

**Page 28**

1

## TWWLFTH AFFIRMATIVE DEFENSE

2

### (Complaint Without Reasonable Care/Good Faith)

3   This answering Defendant is informed and believes and thereon

4 alleges that this action is not brought against it by Plaintiff with

5 reasonable cause or in the good faith belief that there is a

6 justifiable controversy between the parties under the facts and law

7 which warrants the filing of Plaintiff's Complaint.  This answering

8 Defendant will avail itself of all remedies legally available to it

9 at law, including, but not limited to, an award of reasonable

10 attorneys' fees and costs incurred in defending this action and/or

11 prosecuting a cross-action, in connection with Plaintiff's

12 unwarranted and unreasonable filing of this action against this

13 Defendant.

14

## THIRTEENTH AFFIRMATIVE DEFENSE

15

### (Absence of Causation)

16   This answering Defendant is informed and believes and thereon

17 alleges that no product, act or omission attributable to this

18 answering Defendant was a substantial factor in bringing about the

19 occurrence alleged in the Complaint or any injury, damage or loss

20 sustained by Plaintiff, if such injury, damage or loss occurred, nor

21 was any act or omission of or attributable to this Defendant a

22 contributing cause thereof, and any alleged acts or omissions of or

23 attributable to this answering Defendant were superseded by the acts

24 or omissions of Plaintiff or of other persons, which acts or

25 omissions of Plaintiff and of other persons were the independent,

26 intervening and proximate cause of the occurrence alleged in the

27 Complaint.

28  ///

**EXHIBIT 1**

**Page 29**

1    <u>FOURTEENTH AFFIRMATIVE DEFENSE</u>

2    (Open and Obvious)

3    This answering defendant is informed and believes and thereon

4    alleges that any condition of the property complained of in

5    plaintiff's complaint was open and obvious, did not pose a

6    substantial risk of injury and was one which plaintiff should have

7    observed.

8    <u>FIFTEENTH AFFIRMATIVE DEFENSE</u>

9    (Unavoidable Accident)

10   This answering defendant is informed and believes and thereon

11   alleges that the events referred to in plaintiff's complaint, and

12   all injuries and damages, if any, resulting therefrom, were the

13   result of an unavoidable accident insofar as this answering

14   defendant is concerned, and occurred without any negligence or want

15   of ordinary care or default or breach on the part of this answering

16   defendant.

17   <u>SIXTEENTH AFFIRMATIVE DEFENSE</u>

18   (Standing)

19   This answering defendant is informed and believes an thereon

20   alleges that plaintiff has no standing to bring any action against

21   this answering defendant.

22   <u>SEVENTEENTH AFFIRMATIVE DEFENSE</u>

23   (Reservation)

24   This answering Defendant is informed and believes and thereon

25   alleges that it may have additional, as yet unasserted, defenses to

26   Plaintiff's Complaint or any purported cause of action contained

27   therein.  This answering Defendant specifically reserves the right

28   ///

**EXHIBIT 1**

6

**Page 30**

ANSWER TO COMPLAINT

1   to assert additional affirmative defenses as deemed appropriate at

2   a later time.

3                          PRAYER

4        WHEREFORE, this answering Defendant prays for judgment herein

5   as follows:

6        1.    That Plaintiff take nothing by way of its Complaint;

7        2.    For costs of suit incurred herein, including attorneys'

8   fees and costs; and

9        3.    For such other and further relief as the Court deems just

10  and proper.

11  Dated: February 18, 2011        **VREVICH & ASSOCIATES, APC**

12

13                          By:_____

14                              Barry M. Vrevich
                                Christopher C. Magill
15                              Attorney for Defendant, PACIFIC
                                CARPETS, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

                          **EXHIBIT 1**
                                7                        **Page 31**
                        ANSWER TO COMPLAINT

1    Edward C. Meara, Esq.
     State Bar No. 164978
2    AUSTIN, BROWNWOOD & CANNON
     525 B Street, Suite 1000
3    San Diego, CA  92101
     Telephone: (619) 744-6815
4    Facsimile:  (619) 744-6811

5    Attorneys for Defendant, EDUARDO GUZMAN DBA GUZMAN CARPETS

6

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                 COUNTY OF SAN DIEGO-NORTH COUNTY

10

| | |
|---|---|
| 11   XIU YUN CHEN, | CASE NO. 37-2010-0058169-CU-PO-NC |
| 12          Plaintiff, | **GENERAL DENIAL TO COMPLAINT** |
| 13   v. | Complaint Filed:   August 10, 2010 |
| 14   HARRAH'S RINCON CASINO & RESORT, PACIFIC CARPETS INC., | I/C Judge:      Hon William S. Dato |
| 15   EDUARDO GUZMAN DBA GUZMAN CARPETS, RINCON BAND OF | Dept:           N-31 |
| 16   LUISENO INDIANS, DOES 1 TO 50, | Trial Date:     None Set |
| 17          Defendant. | |

18

19

20

21       Defendant, EDUARDO GUZMAN,  in answer to the unverified Complaint, on file

22 herein, and by virtue of the provisions of California Code of Civil Procedure section 431.30,

23 now file their general denial to said unverified Complaint and to each cause of action thereof and

24 answering all of the allegations thereof, Defendants deny each and all of them.  Defendants

25 further specifically deny that Plaintiff has been damaged in any sum or sums whatsoever, or at

26 all.

27       Defendants state the following separate affirmative defenses to this action:

28               <u>AFFIRMATIVE DEFENSES</u>
                **EXHIBIT 1**

AUSTIN, BROWNWOOD &
CANNON
ATTORNEYS AT LAW

1.   As to each and every cause of action alleged in the Complaint herein, Defendants are informed and believe and thereon allege that any and all alleged events, happenings, injuries and damages, if any, were proximately caused or contributed to by the failure of Plaintiff to exercise ordinary care at the time and place alleged.

2.   As to each and every cause of action alleged in the Complaint herein, Defendants are informed and believe and thereon allege that Plaintiff fails to state facts sufficient to constitute a cause of action.

3.   As to each and every cause of action alleged in the Complaint herein, Defendants are informed and believe and thereon allege that the injuries and damages complained of by Plaintiff, if any there were, were either wholly, or in part, directly and proximately caused by the conduct of persons or entities other than these answering Defendants.

4.   As to each and every cause of action alleged in the Complaint herein, Defendants are informed and believe and thereon allege that the injuries and damages complained of by Plaintiff if any there were, were either wholly, or in part, directly and proximately caused by the conduct of persons or entities other than these answering Defendants, and said conduct is either imputed to Plaintiff by reason of the relationship between Plaintiff and said persons or entities, or comparatively reduces the proportion of liability of these answering Defendants.

5.   As to each and every cause of action alleged in the Complaint herein, Defendants are informed and believe and thereon allege that Plaintiff has failed to mitigate Plaintiff's damage if any.

6.   As to each and every cause of action alleged in the Complaint herein, Defendants are informed and believe and thereon allege that any and all alleged events, happenings, injuries and damages, if any, were proximately caused or contributed to by Plaintiff, who assumed all risk and hazards incident to the conduct alleged in the charging allegations.

7.   As to each and every cause of action alleged in the Complaint herein, Defendants are informed and believe and thereon allege that any injuries and damages which Plaintiff may have suffered were proximately caused by the several negligence of named parties or the fictitiously named parties, or both of them or others and accordingly, liability for non-economic

EXHIBIT 1

2

AUSTIN, BROWNWOOD &
CANNON
ATTORNEYS AT LAW

GENERAL DENIAL TO COMPLAINT

1  damages, if any, must be apportioned, reduced, or allocated in direct proportion to that party's

2  percentage of fault.  (C.C. § 1431.1 et seq.)

3       8.    As to each and every cause of action alleged in the Complaint herein, Defendants

4  are informed and believe and thereon allege that the Complaint is barred by the applicable statutes

5  of limitations, including, but not limited to, any or all of the provisions of Code of Civil Procedure

6  sections 337, 337.1, 337.15, 338(1)(2)&338(4), 339, 340 and/or 343.

7      **WHEREFORE**, these answering Defendants pray that Plaintiff takes nothing by reason

8  of her Complaint and that these answering Defendants be given judgment for its costs of suit

9  incurred herein, to be incurred, and for such other and further relief as the Court deems just and

10  proper.

11  Dated: October 11, 2010          AUSTIN, BROWNWOOD & CANNON

12

13                 By_____

14                    EDWARD C. MEARA, ESQ..

15                    Attorneys for Defendant, EDUARDO
                  GUZMAN

16

17

18

19

20

21

22

23

24

25

26

27

28        **EXHIBIT 1**

AUSTIN, BROWNWOOD &
CANNON
ATTORNEYS AT LAW

GENERAL DENIAL TO COMPLAINT

Xiu Yun Chen v. Harrah's Rincon Casino
SAN DIEGO Superior Court Case No. 37-2010-0058169

DECLARATION OF SERVICE [C.C.P. § 1013A, C.R.C. §§ 2003, 2008]

At the time of service I was over 18 years of age and not a party to this action. I am an employee of
**AUSTIN, BROWNWOOD & CANNON.** My business address is 525 B Street, Suite 1000, San
Diego, CA 92101. On this date I served the following document(s) by the following means:

GENERAL DENIAL TO COMPLAINT

☒ U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the persons at
the addresses as set forth below and placed the envelope for collection and mailing, following our
ordinary business practices. I am readily familiar with this business's practice for collecting and
processing correspondence for mailing. On the same day that correspondence is placed for collection
and mailing, it is deposited in the ordinary course of business with the United States Postal Service at San
Diego, California, in a sealed envelope with postage fully prepaid.

☐ OVERNIGHT DELIVERY (UPS): I enclosed the documents in an envelope or package and
addressed to the persons at the addresses stated below. I placed the envelope or package for collection
and overnight delivery at an office or a regular utilized drop box of the overnight delivery carrier.

☐ UPS DELIVERY : I enclosed the documents in an envelope or package and addressed to the
persons at the addresses stated below. I placed the envelope or package for collection and delivery at
an office or a regular utilized drop box of the delivery carrier.

☐ MESSENGER SERVICE: I served the documents by placing them in an envelope or package
addressed to the persons at the addresses listed set forth below and providing them to a professional
messenger service for service. *(A declaration by the messenger must accompany this proof of service.)*

☐ FAX TRANSMISSION: I faxed the documents to the persons at the fax numbers listed below. No
error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I
printed out, is attached.

☐ EMAIL or ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the
parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the
person at the e-mail addresses listed below. I did not receive, within a reasonable time after the
transmission, any electronic message or other indication that the transmission was unsuccessful.

Andrew J. Davis, Esq.                          Attorneys for Plaintiff, XIU YUN CHEN
Davis Law Offices
1900 W. Garvey Avenue
West Covina, CA 91790

(626) 962-7400
(626) 962-7474 Fax

☒ State: I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.
☐ Federal: I declare that I am employed in the office of a member of the bar of this Court, at whose
direction the service was made.

EXECUTED on October 12, 2010, at San Diego, California.

*Donna Bedale*
Donna Bedale

**EXHIBIT 1**

**Page 35**

Barry M. Vrevich, Esq. (State Bar No. 123999)
Alexia M. Norge, Esq. (State Bar No. 267101)
VREVICH & ASSOCIATES, APC
501 West Broadway, Suite 740
San Diego, CA 92101
Tel: (619)515-1155 Fax:  (619) 515-1159

Attorneys for Cross-Defendant
PACIFIC CARPETS, INC.

FILED
NORTH COUNTY DIVISION
2011 MAR 21  PM 3:50
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

| | |
|---|---|
| XIU YUN CHEN, | Case No.: 37-2010-00058169-CU-PO-NC |
| Plaintiff, | |
| vs. | NOTICE OF CHANGE OF ADDRESS |
| HARRAH'S RINCON CASINO & RESORT, PACIFIC CARPETS, INC., EDUARDO GUZMAN dba GUZMAN CARPETS, RINCON BANK OF LUISENO INDIANS, and DOES 1 TO 50, | |
| Defendants. | |

TO THE CLERK OF THE SUPERIOR COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that effective immediately the new address, for VREVICH & ASSOCIATES, APC, will be as follows:

VREVICH & ASSOCIATES, APC
501 West Broadway, Suite 740
San Diego, CA 92101
Telephone: (619) 515-1155
Facsimile: (619) 515-1159

The telephone and facsimile numbers remain the same.

///

///

1

**EXHIBIT 1**

1      The handling attorneys are Barry M. Vrevich and Alexia M.

2  Norge.

3

4  Dated: March 10, 2010            VREVICH & ASSOCIATES, APC

5

6                              By: _____
                                    Barry M. Vrevich
7                                   Alexia M. Norge
                                    Attorney for Defendant, PACIFIC
8                                   CARPETS, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2

**EXHIBIT 1**

NOTICE OF CHANGE OF ADDRESS                          Page 37

| SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION | FOR COURT USE ONLY<br>NORTH COUNTY DIVISION<br>2011 MAR 21 PM 3:5<br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, C |
|---|---|

| TITLE OF CASE (Abbreviated)<br><br>CHEN V. HARRAH'S RINCON CASINO & RESORT, ET AL. | |
|---|---|

| ATTORNEY(S) NAME AND ADDRESS<br>Barry M. Vrevich, Esq.<br>VREVICH & ASSOCIATES, APC<br>350 10th Avenue, Suite 900<br>San Diego, CA 92101-7498<br>(619) 515-1155; Fax (619) 515-1159 | | |
|---|---|---|

| ATTORNEY(S) FOR:<br>Defendant, PACIFIC CARPETS, INC. | HEARING,DATE,TIME:<br><br>Trial Date: | CASE NO. :<br>37-2010-0058169-CU-PO-NC<br>JUDGE:   William S. Dato<br>DEPT:   N-31 |
|---|---|---|

### DECLARATION OF SERVICE

I, DONNA M. DOLEZAL, declare that: I am over the age of eighteen years and not a party to the action; I am employed in, or am a resident of the County of San Diego, California; where the mailing occurs; and my business address is 350 10th Avenue, Suite 900, San Diego, California, telephone number (619) 515-1155; facsimile number (619) 515-1159.  I further declare that I am not a registered California process server and I am readily familiar with the business practice for collection and processing of correspondence, pleadings, and discovery for mailing via U.S. MAIL, UPS OVERNIGHT MAIL, FACSIMILE AND/OR PERSONAL SERVICE pursuant to which practice I served the following original document(s) or true copies thereof, with all exhibits:

### NOTICE OF CHANGE OF ADDRESS

by one or more of the following methods of service for each addressee respectively as follows:

### SEE ATTACHED SERVICE LIST

_____ (BY U.S. MAIL) I caused such document(s) to be sealed in envelopes, and with the correct postage thereon fully prepaid, either deposited   in the United States Postal Service or placed for collection and mailing on March 14, 2011, at San Diego, California, following ordinary business practices.

_____ (BY OVERNIGHT MAIL) I caused such document(s) to be sealed in separate envelopes for each addressee and deposited with the United Parcel Services for collection and mailing via UPS OVERNIGHT MAIL on March 14, 2011, at San Diego, California, following ordinary business practices.

__✓__ (BY FACSIMILE) I caused such document(s) to be transmitted via facsimile to the named persons at their respective fax numbers on February 10, 2009, at San Diego, California.  I then confirmed receipt of the facsimile transmission. The facsimile machine   used complied with the California Rules of court, Rule 2003 and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

_____ (BY PERSONAL SERVICE) On _____, 2009, at approx. _____ a.m./p.m., I served a copy of the following documents:_____ on the interested parties by personally delivering a copy of said document(s) to:_____, at the following address(es):_____ by:  (mark one)
a. ___ personally delivering the copies.
b. ___ leaving the copies at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served __ with a receptionist or a person having charge thereof; or __ in a conspicuous place in the office between 9:00 a.m. and 5:00 p.m.
c. __ by leaving the copies at the individual's residence with some person of not less than 18 years of age.   (If service was to a party and not an attorney, delivery was made between 8:00 a.m. and 6:00 p.m.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 14, 2011.

_____
DONNA M. DOLEZAL

| FIRM/ATTORNEY | PARTY |
|---|---|
| Andrew J. Davis, Esq.<br>Davis law offices<br>1900 W. Garvey Avenue South, Suite 160<br>West Covina, CA 91790<br>Tel: (626) 962-7400<br>Fax: (626) 962-7474<br>davislaw@charterinternet.com | |
| | |

DECLARATION OF SERVICE
(C.C.P. 1013a(1), 1013a(3), Coordinated Rules, Div. 11, Rule 5.2C and C.R.C 982)
PAGE 2
PROOF OF SERVICE

EXHIBIT

Page 39